AO 108 (Rev. 01/09) Application for a Warrant to Seize Personal Property Subject to Civil Forfeiture

# UNITED STATES DISTRICT COURT
for the
District of Colorado

In the Matter of the Seizure of )
*(Briefly describe the property to be seized)* )
Contents of safe deposit box #012038 in the name of ) Case No. 12-mc-0039
Manuel A. Luna, at Wells Fargo Bank, 9350 E. )
Arapahoe Rd., Greenwood Village, CO 80112 )

## APPLICATION FOR A WARRANT
### TO SEIZE PERSONAL PROPERTY SUBJECT TO CIVIL FORFEITURE

I, a federal law enforcement officer or attorney for the government, request a seizure warrant and state under penalty of perjury that I have reason to believe that the following property in the _____ District of _____Colorado_____ is subject to forfeiture to the United States of America under ___21___ U.S.C. § ___881___ *(describe the property)*:

Contents of safe deposit box #012038 in the name of Manuel A. Luna, at Wells Fargo Bank, 9350 E. Arapahoe Rd., Greenwood Village, CO 80112

The application is based on these facts:
The facts to support a finding of Probable Cause for issuance of a Seizure Warrant are set forth in the attached affidavit which is continued on the attached sheet and made a part hereof.

☑ Continued on the attached sheet.

_____
*Applicant's signature*

Patricia Nelson, IRS  Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 2/16/12

_____
*Judge's signature*

City and state:  Denver, Colorado

*Printed name and title*

Michael E. Hegarty
United States Magistrate Judge
Denver, Colorado