**Appendix H**

# INFORMATION REGARDING
# SPECIAL ASSIGNMENTS
### See  D.C.COLO.LCivR 40.1

Case number of action being filed:   <u>12-mc-0039</u>

Case number of claimed related pending case in this court:<u> 12-sw-5104-BNB; 12-sw-5105-BNB; 12-sw-5108-BNB; 12-sw-5109-BNB; and 12-sw-5110-BNB, and 12-mc-0030-BNB through 12-mc-0037-BNB                                                               </u>

Judge assigned to claimed related case:<u> Magistrate Judge Boyd N. Boland                        </u>

Type of action of claimed related case: <u>Search Warrants and Civil Seizure Warrants            </u>
<u>                                                                                                                                    </u>

Status of claimed related pending case:   <u>Search warrants executed 2/9/2012; Seizure Warrants executed on 2/10/2012                                              </u>

State reasons the new case is claimed to be related to a pending case(s):   <u> Same affidavit, facts, and individuals involved                                                                </u>

<u>Martha A. Paluch                </u>            <u> Plaintiff                                                        </u>
Attorney                                             Party

<u>February 12, 2012</u>
Date

(Rev. 11/04)